196 So. 902
**Leon GANDY v. STATE.**
6 Div. 622.

Court of Appeals of Alabama.
April 30, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.

Appeal dismissed.

199 So. 910
**Floyd GANT v. CITY OF TUSCALOOSA.**
6 Div. 674.

Court of Appeals of Alabama.
Nov. 28, 1940.

PER CURIAM.

Appeal dismissed, want of prosecution.

190 So. 921
**Howard GENTLE v. STATE.**
8 Div. 904.

Court of Appeals of Alabama.
Aug. 24, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

196 So. 902
**Roy GLASSCOCK v. STATE.**
6 Div. 540.

Court of Appeals of Alabama.
April 30, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

199 So. 910
**George GLENN v. STATE.**
4 Div. 629.

Court of Appeals of Alabama.
Nov. 26, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.

196 So. 902
**Loraine GLENN, alias Wilson, v. STATE.**
7 Div. 533.

Court of Appeals of Alabama.
May 1, 1940.

Lawrence F. Gerald, of Clanton, for appellant.
Thos. S. Lawson, Atty. Gen., for the State.

PER CURIAM.
Appeal dismissed by appellant.